**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JASMINE GAINES, as Administrator of the Estate of Rosie L. Williams,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CIV. ACT. NO. 2:26-cv-247-TFM-N** |
| **DAC OF GREENSBORO, LLC d/b/a DIVERSICARE OF GREENSBORO,** | ) | |
| **Defendant.** | ) | |

**MEMORANDUM OPINION AND ORDER**

On August 6, 2026, the Magistrate Judge entered a report and recommendation which recommends this action be remanded to state court. *See* Doc. 11. No objections were filed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Therefore, the Motion to Remand to State Court (Doc. 10) is **GRANTED** and this case is remanded back to the Circuit Court of Hale County, Alabama.

The Clerk of Court is **DIRECTED** to effectuate the remand.

**DONE** and **ORDERED** this 21st day of August, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE